## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRANDON D. SCOTT**                                                               **PLAINTIFF**
**#208521**

**V.**                          **NO. 4:22-cv-00739-LPR-ERE**

**YAKIMOVICZ**, *et al.*                                                 **DEFENDANTS**

### ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After a careful and *de novo* review of the Recommendation and the record in this case, the Court approves and adopts the Recommendation in its entirety.

Mr. Scott's claims are DISMISSED without prejudice based on his failure to state a plausible constitutional claim for relief. Judgment shall be entered accordingly, and this case will be CLOSED.

The Court recommends, pursuant to 28 U.S.C. § 1915(a)(3), that this dismissal be counted as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE