# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRANDON D. SCOTT** **PLAINTIFF**
**#208521**

V.      NO. 4:22-cv-00739-LPR-ERE

**YAKIMOVICZ**, *et al*.      **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought in this case are DISMISSED without prejudice. This case is closed.

The Court recommends, pursuant to 28 U.S.C. § 1915(a)(3) that this dismissal be counted as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal of this Judgment and any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE